

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

## O R D E R

The court has reviewed the records filed in appeal numbers 04-14-00358-CV and 04-14-00375-CV, and determined that both are appeals from the same final judgment in trial court cause no. 2014-CI-02406. In the interest of the efficient administration of justice, we order the appeals be consolidated and proceed as cross-appeals as number 04-14-00358-CV, styled Juanita Sprute, M.D. and Jefferson Family Practice Associates, Appellants and Cross-Appellees, v. Arnold L. Levey, Appellee and Cross-Appellant. We order appeal number 04-14-00375-CV administratively closed.

The record in the appeal is complete and appellant's and cross-appellants' briefs are due August 11, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court